No. 97–1125.  SURGIDEV CORP. *v.* NIEHOFF.  Sup. Ct. Ky.  Certiorari denied.

No. 97–1132.  TAYLOR, EXECUTOR OF THE ESTATE OF TAYLOR, DECEASED, ET AL. *v.* JAQUEZ ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 97–1138.  COMENOUT ET AL. *v.* WASHINGTON DEPARTMENT OF COMMUNITY DEVELOPMENT ET AL.  Ct. App. Wash.  Certiorari denied.

No. 97–1140.  WINGFIELD *v.* MASSIE, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 97–1150.  TRAHAN *v.* BELLSOUTH TELECOMMUNICATIONS, INC.  C. A. 5th Cir.  Certiorari denied.

No. 97–1151.  GENDREAU *v.* GENDREAU.  C. A. 9th Cir.  Certiorari denied.

No. 97–1158.  SUMMERS *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 97–1180.  OLDHAM, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF OLDHAM, DECEASED *v.* KOREAN AIR LINES CO., LTD.  C. A. D. C. Cir.  Certiorari denied.

No. 97–1182.  ELLIS *v.* HILL ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–1186.  MIZELL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 97–1187.  DOBROVOLNY ET AL. *v.* MOORE, SECRETARY OF STATE OF NEBRASKA.  C. A. 8th Cir.  Certiorari denied.

No. 97–1193.  REMINGTON INVESTMENTS, INC. *v.* XEP NGUYEN ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 97–1197.  NESBITT *v.* WEST VIRGINIA.  Cir. Ct. Upshur County, W. Va.  Certiorari denied.